# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149222(62)

JOSE A. RODRIGUEZ,
      Plaintiff-Appellee,

v

                                 SC: 149222
                                 COA: 312187

FEDEX FREIGHT EAST, INC., RODNEY
ADKINSON, LAURA BRODEUR,
MATTHEW DISBROW, WILLIAM D.
SARGENT, and HONIGMAN MILLER
SCHWARTZ and COHN, LLP,
          Defendants-Appellants.

Wayne CC: 09-028366-NO

_____/

      On order of the Court, the plaintiff's motion to strike is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2015



d0217

Clerk